IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 1:04cr34-SPM

LEVENE HUGHMONDO POMMELLS, et al.,

        Defendants.

_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's Unopposed Motion to Continue

Sentencing (doc. 78) is granted. Sentencing for Defendant Levene Hughmondo

Pommells is reset for 1:30 p.m. on July 11, 2005.

DONE AND ORDERED this 10th day of June, 2005.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge